8/8

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
JUN 10 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Ne'Cole Midget _____ Plaintiff(s)

vs.

AAON _____ Defendant(s)

Case Number: 19 CV 311 GKF - JFJ

## COMPLAINT - EEOC

Comes now the Plaintiff, Ne'Cole Midget and for his/her claim against the Defendant(s), AAON states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) __Black__ (Race) __Female__ (Sex) who resides at __421 E. 59th St North Tulsa, Ok 74126__ (Complete address)

3. The Defendant __AAON__ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at __2425 S. Yukon Ave Tulsa Ok 74107__

*(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant ~~AAON~~ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

IFP, Ø Summons

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

4. On or about _____ , _____ , defendant(s)
               (Month/day)   (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

_____

_____

_____

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

_____

_____

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) _____

_____

_____

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

Ne'Cole Midget
Signature

421 E. 59th St North
Address

Tulsa                                Ok      74126
City                                 State   ZIP

918-951-7144
Telephone

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>564-2019-00429 |
|---|---|---|

**Oklahoma Attorney General's Office, Office of CR Enforcement** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Ne'cole L. Midget | (918) 951-7144 | 1978 |

Street Address: 421 E. 59th St. North, Tulsa, OK 74126

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AAON | 15 - 100 | (918) 951-7144 |

Street Address: 2425 S. Yukon Ave, Tulsa, OK 74107

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-02-2018   Latest: 10-04-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about August 13, 2018 as an Assembler. During my tenure, I performed my duties satisfactorily to the best of my knowledge. During my first few weeks of employment, I began to be ridiculed and harassed by my coworkers to include, Fionna LNU, Floor Supervisor and White. Fionna would not allow me to work in my place of duty, she would send me across the street to another warehouse for most the day. This is where the other workers would harass me. Fionna herself would call me weird and make me feel as if I were less than her. I made several requests to speak to a Manager about my concerns, but the Manager was never available to assist me. On or about October 2, 2018, I submitted a racial discrimination complaint to Jennifer LNU, Human Resources and White. Jennifer told me that she would look into my complaint and get back with me. On October 4, 2018, I was discharged.
No reason was given as to why I was subjected to such disparate treatment.
I believe that I have been discriminated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2-23-19
Charging Party Signature: Ne'cole Midget

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: Janetta Harris

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): 06-10-2019

JANETTA HARRIS
Notary Public in and for
STATE OF OKLAHOMA
Commission #99020512
Expires: February 8, 2020

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>564-2019-00429 |
|---|---|---|

Oklahoma Attorney General's Office, Office of CR Enforcement                and EEOC
*State or local Agency, if any*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| [signature/stamp: JANETTA HARRIS, Notary Public in and for STATE OF OKLAHOMA, Commission #99020515]<br>Date   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |